# APPENDIX.

## MEMORANDUM DECISIONS.

THE ATCHISON, TOPEKA & SANTA FE RAILWAY COM-
PANY V. BESSIE DERRICK.

No. 15,495.    (96 Pac. 1018.)

Error from Montgomery district court; THOMAS J.
FLANNELLY, judge.    Opinion filed May 9, 1908.    Af-
firmed.    Opinion denying a petition for a rehearing
filed July 3, 1908.

*William R. Smith, A. A. Hurd, O. J. Wood, Alfred A.
Scott,* and *William Dunkin,* for plaintiff in error.

*Ashley, Gilbert & Dunn,* and *Banks & Bertenshaw,*
for defendant in error.

*Per Curiam:* In an action by Bessie Derrick against the
Atchison, Topeka & Santa Fe Railway Company to recover dam-
ages for the death of her husband, an express messenger, oc-
casioned by the negligent operation of one of the defendant's
trains, an answer was filed setting up as a defense that the de-
cedent, as a part of his contract of employment by the express
company, agreed to release both companies from all liability for
injuries received by him while in the discharge of his duties.
This defense was demurred to, and the court sustained the de-
murrer.    The defendant prosecutes error from that ruling.    The
question involved is the same as that presented in *Sewell v.
Railway Co., ante,* p. 1, upon the authority of which case the
ruling is affirmed.

OPINION DENYING A PETITION FOR A REHEARING.

*Per Curiam:* The petition for a rehearing is denied, but what
is said with respect to a, similar petition in *Sewell v. Railway
Co., ante,* p. 29, is made applicable to the present case.